## CALENDAR: MAGISTRATE JUDGE'S PROCEEDING

BEFORE: <u>LEVY, R., USMJ</u>     DATE: <u>Feb 25, 2016</u>   TIME: <u>11:00 a.m.</u>

DOCKET# <u>15 CR 252 (RJD)(RML)</u>

DEFT NAME: <u>Juan Angel Napout</u>

   <u>X</u> present (tel.)     ___not present     ___custody   <u>X</u> bail

DEFENSE COUNSEL: <u>John Pappalardo, Silvia Pinera-Vazquez</u>

   <u>X</u> present ___not present       ___CJA       ___FD     <u>X</u> RET

INTERPRETER(s): <u>n/a</u>

AUSA: <u>Kristin Mace</u>          OTHER: <u>PTSO Michael Ilaria</u>

CLERK: <u>Jared Goldman</u>

COURT REPORTER: <u>Joshua Edwards</u>

<u>X</u> CASE CALLED

CRIMINAL CAUSE FOR:

___ Status Conference     ___ Waiver of Speedy Trial/Indictment

___ Detention Hearing     ___ Bail Application

___ Removal Hearing       <u>X</u> Other: <u>Bond Modification Hearing re [227]</u>

**************************************************************

**ORDER:**

___ Temporary detention order entered and detention hearing set for ___/___/___ before Judge _____ at _____

___ Bail package presented by defendant; application denied.

___ Permanent detention order entered with leave to reapply in the future.

___ Surety(ies) sworn and advised of obligations on bond; signature approved.

___ Bond issued.

___ Defendant released (after advised of penalties/sanctions for non-compliance with conditions of bond).

___ Parties will continue plea negotiations. Next Conference at___

___ Time is excluded as per the order of excludable delay to

<u>X</u>   Bond Modifications made on the record