BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

CRIMINAL CAUSE FOR STATUS CONFERENCE

**MARCH 29, 2016**
*Time in Court:   30 minutes*

DOCKET NUMBER:   CR 15-252(S-1)-22 (RJD)

U.S.A.  -v-   **JUAN NAPOUT (ON BOND)**
**COUNSEL:  SILVIA PINERA-VAZQUEZ & A. JOHN PAPPALARDO**
**(RETAINED)**

**AUSA:   EVAN NORRIS, KRISTEN MACE & PAUL TUCHMANN**

COURT REPORTER:  *HOLLY DRISCOLL*

X    CASE CALLED FOR STATUS CONFERENCE, RE: DEFENSE COUNSELS'
REQUEST FOR SPEEDY TRIAL & TO SET A TRIAL DATE (see document #277)
DISCUSSION HELD.
COURT PREVIOUSLY DESIGNATED CASE AS COMPLEX FOR DISCOVERY
PURPOSES; EXCLUSION CONTINUES.
COURT WILL SET TRIAL AND MOTION SCHEDULE DATES AT NEXT
SCHEDULED CONFERENCE; NOTICE TO ALL COUNSEL WILL BE
FORTHCOMING.
NEXT SCHEDULED CONFERENCE: APRIL 13, 2016 AT 11:00AM TO BE
HELD IN COURTROOM 10A S.