EMN:MKM
F. #2015R01122

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

JUAN ÁNGEL NAPOUT,

        Defendant.

LIMITED
UNSEALING
ORDER

Cr. No. 15-252 (RJD)(RML)

- - - - - - - - - - - - - -X

Application having been made on behalf of the UNITED STATES OF AMERICA, by Assistant United States Attorney M. Kristin Mace, for a limited unsealing order authorizing disclosure to the government of the sealed portion of the transcript of the February 25, 2016 bond modification hearing in the above-captioned case (the "Sealed Transcript"), and full consideration having been given to the matters set forth therein,

IT IS HEREBY ORDERED that the Sealed Transcript may be disclosed to the government;

IT IS FURTHER ORDERED that the Sealed Transcript shall remain sealed, and no further disclosure of the Sealed Transcript shall be made by any person without authorization of a judge of competent jurisdiction.

Dated:    Brooklyn, New York
          April 4, 2016

                        s/ RML
                        _____
                        THE HONORABLE ROBERT M. LEVY
                        UNITED STATES MAGISTRATE JUDGE
                        EASTERN DISTRICT OF NEW YORK