

U.S. Department of Justice

United States Attorney
Eastern District of New York

EMN:AH/SPN/KDE
F.#2013R01206

271 Cadman Plaza East
Brooklyn, New York 11201

April 4, 2016

By Hand and ECF

The Honorable Raymond J. Dearie
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Hawit, et al.
Criminal Docket No. 15-252 (RJD)

Dear Judge Dearie:

The government respectfully submits this letter in response to the letter motion filed by counsel for Bloomberg News on March 29, 2016 seeking to unseal the transcripts of the guilty pleas entered by defendants Jeffrey Webb, Alejandro Burzaco, and Jose Margulies and to require the public filing of the defendants' plea agreements. See ECF Docket Entry No 284. The government consents to the unsealing of redacted versions of the transcripts of the defendants' guilty pleas and opposes the public filing of the defendants' plea agreements, all for the reasons set forth in a separate submission filed today under seal. The government

has conferred with counsel for defendants Webb, Burzaco, and Margulies, and they join in this request.

                        Respectfully submitted,

                        ROBERT L. CAPERS
                        United States Attorney
                        Eastern District of New York

By:       /s/
                        Evan M. Norris
                        Amanda Hector
                        Samuel P. Nitze
                        Keith D. Edelman
                        Assistant U.S. Attorneys
                        718-254-7000