

A. John Pappalardo
Tel (617) 310-6072
Fax (617) 279-8472
PappalardoJ@gtlaw.com

April 11, 2016

**Via ECF**

The Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

    Re:    *United States v. Webb, et al., (15-cr-00252-RJD)*

Dear Judge Dearie:

On behalf of defendant, Juan Angel Napout, we respectfully request that the Court waive his appearance at the status conference currently scheduled for Wednesday, April 13, 2016 at 11:00 AM.  *See* [Docket Entry 03/21/16 Electronic Scheduling Order]. Attached is a waiver of appearance signed by Mr. Napout.  The government consents to this waiver of Mr. Napout's appearance.

                                             Respectfully submitted,

                                             A. John Pappalardo

Enclosure

cc:  Counsel of Record via ECF

GREENBERG TRAURIG, P.A. ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
333 S.E. 2nd Avenue ■ Suite 4400 ■ Miami, FL 33131-3238 ■ Tel 305.579.0500 ■ Fax 305.579.0717

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUAN ANGEL NAPOUT,<br><br>Defendant. | Case No. 15 CR 252 (S-1)(RJD) |

## JUAN ANGEL NAPOUT WAIVER OF APPEARANCE

I, **JUAN ANGEL NAPOUT**, waive my appearance at the status conference currently scheduled for April 13, 2016.  I understand I have a right to appear at the hearing and knowingly waive my personal appearance.

_____
Juan Angel Napout