BEFORE RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

## CRIMINAL CAUSE FOR STATUS CONFERENCE

### APRIL 13, 2016
Time in Court: __30 minutes__

DOCKET NUMBER:   CR 15-252(S-1)-2, 4, 7, 8, 11, 18, 20, 22 (RJD)

**U.S.A. -v- Eduardo Li (bond) deft #2**
*Counsel: Samuel Rosenthal & Thomas Zeno (retained)*
**U.S.A. -v- Costas Takkas (bond) deft #4**
*Counsel: Gordon Mehler (retained)*
**U.S.A. -v- Rafael Esquivel (bond) deft #7**
*Counsel: David Goldstein (retained)*
**U.S.A. -v- Jose Marin (bond) deft #8**
*Counsel: Charles Stillman & Kendall Coffey (retained)*
**U.S.A. -v- Aaron Davidson (not present) deft #11**
*Counsel: Lee Vartan (retained)*
**U.S.A. -v- Brayan Jimenez (bond) deft #18**
*Counsel: Justine Harris & Valerie Gotlib (retained)*
**U.S.A. -v- Hector Trujillo (bond) deft #20**
*Counsel: Aaron Mysliwiec & Joshua Paulson (retained)*
**U.S.A. -v- Juan Napout (not present) deft #22**
*Counsel: A. John Pappalardo & Silvia Pinera-Vazquez (retained)*

AUSA:   *Evan Norris, Paul Tuchmann, Amanda Hector, Kristin Mace, Tanya Hajjar, Brian Morris*
INTERPRETERS: *Portuguese: Adelia Ramos de Almedia   for deft # 8*
              *Spanish:    Maristela Verastegui    for defts 2, 7, 18*

**COURT REPORTER:**  *LISA SCHMID*

X   CASE CALLED FOR STATUS CONFERENCE.
    .DEFENDANTS 11 & 22 PREVIOUSLY EXCUSED FROM TODAY'S CONFERENCE.
    DISCUSSION HELD.
    COURT WILL ISSUE BRIEFING SCHEDULE FOR THE FIRST PHASE OF
    MOTION PRACTICE, SHORTLY.
    ALL COUNSEL CONSENT TO CONTINUE SPEEDY TRIAL EXCLUSION UNDER
    COMPLEX GROUNDS.
    CASE ADJOURNED TO 8/3/16 AT 11:00AM FOR STATUS CONFERENCE.