

U.S. Department of Justice

United States Attorney
Eastern District of New York

271 Cadman Plaza East
Brooklyn, New York 11201

October 31, 2016

<u>By Hand and ECF</u>

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Juan Ángel Napout
     <u>Criminal Docket No. 15-252 (S-1) (PKC) (RML)</u>

Dear Judge Chen:

  The government respectfully writes to provide the Court a copy of the sealed portion of the transcript of the February 25, 2016 hearing before Magistrate Judge Levy on defendant Juan Ángel Napout's previous motion to modify the conditions of his release. This sealed transcript, along with the public portion of the transcript, which was provided to the Court on October 28, 2016, may be relevant to the Court's consideration of defendant Napout's October 17, 2016 motion to modify the conditions of his release. (<u>See</u> Docket Entry Nos. 447, 460).

            Respectfully submitted,

            ROBERT L. CAPERS
            United States Attorney

      By:   /s/
         Samuel P. Nitze
         M. Kristin Mace
         Assistant U.S. Attorneys
         (718) 254-7000

Enclosure

cc: Counsel of record (by ECF) (without enclosure)
   Clerk of Court (PKC) (by ECF)