SPN/MKM
F. #2015R00747

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA

    - against -                                        Docket. No. 15-CR-252 (PKC) (RML)

JUAN ÁNGEL NAPOUT,

              Defendant.

– – – – – – – – – – – – – – – – – –X

THE GOVERNMENT'S EXHIBIT LIST

                                          ROBERT L. CAPERS
                                          UNITED STATES ATTORNEY
                                          Eastern District of New York
                                          271 Cadman Plaza East
                                          Brooklyn, New York 11201

Samuel P. Nitze
M. Kristin Mace
Assistant U.S. Attorneys
     (Of Counsel)

| Exhibit # | Description |
|---|---|
| 1 | Indictment, Cr. No. 15-252, dated May 20, 2015 |
| 2 | Email from William Burck (Quinn Emanuel) regarding Dr. Alfredo Antonio Montanaro, dated June 10, 2015 |
| 3 | Email from Michael Kendall (McDermott Will & Emery) attaching letter regarding CONMEBOL sponsor payments, dated June 24, 2015 |
| 4 | Superseding Indictment, Cr. No. 15-252, dated November 25, 2015 |
| 5 | Letter from Michael Kendall (McDermott Will & Emery) regarding search and seizure at CONMEBOL headquarters, dated February 1, 2016 |
| 6 | Transcript of Defendant's bond hearing, dated February 25, 2016 |
| 7 | Letter from Michael Kendall (McDermott Will & Emery) regarding CONMEBOL request for notification and restitution, dated February 26, 2016 |
| 8 | Defendant Napout's Motion for Speedy Trial, filed March 25, 2016 (Docket No. 277) |
| 9 | Email from M. Kristin Mace requesting corrected list of attorneys, dated April 4, 2016 |
| 10 | Email from Ben O'Neil (Quinn Emanuel) regarding attorneys for CONMEBOL, dated May 25, 2016 (redacted) |
| 11 | Letter from Ben O'Neil (Quinn Emanuel) regarding limited waiver of privilege, dated June 17, 2016 |
| 12 | Email from M. Kristin Mace attaching the government's letter regarding privilege review, dated June 24, 2016 |
| 13 | Letter from Silvia Piñera-Vazquez providing list of attorneys for defendant Napout, dated July 7, 2016 |
| 14 | Email from M. Kristin Mace attaching the government's letter requesting information necessary for a privilege review, dated July 22, 2016 |
| 15 | Letter from Ben O'Neil (Quinn Emanuel) responding to the government's July 22, 2016 letter, dated July 29, 2016 |

| Exhibit # | Description |
|---|---|
| 16 | Email from Michael Kendall (White & Case) responding to the government's July 22, 2016 letter, dated July 29, 2016 |
| 17 | Email from Todd Harrison (McDermott Will & Emery) responding to the government's July 22, 2016 letter, dated July 29, 2016 |
| 18 | Email from John Pappalardo responding to the government's July 22, 2016 letter, dated August 2, 2016 |
| 19 | Letter from the government to Judge Dearie providing an update on the privilege issues, filed August 2, 2016 (Docket No. 398) |
| 20 | Transcript of status conference, dated August 3, 2016 |
| 21 | Email from John Pappalardo regarding attorneys for defendant Napout, dated August 8, 2016 |
| 22 | Email from John Pappalardo regarding attorneys for defendant Napout, dated August 10, 2016 |
| 23 | Letter from the government to Judge Levy requesting assistance in obtaining information necessary to conduct a privilege review, filed August 16, 2016 (Docket No. 409) |
| 24 | Letter from Ben O'Neil (Quinn Emanuel) regarding materials relevant to issues raised in the government's August 16, 2016 letter, dated August 30, 2016 |
| 25 | Letter from Silvia Piñera-Vazquez to Judge Levy responding to the government's August 16, 2016 letter, filed August 31, 2016 (Docket No. 420) |
| 26 | Email from Ben O'Neil (Quinn Emanuel) regarding CONMEBOL's position, dated September 14, 2016 |
| 27 | Letter from the government to Judge Levy requesting a hearing to determine the existence and scope of certain claimed privileges, filed September 16, 2016 (Docket No. 431) |
| 28 | Transcript of status conference, dated September 19, 2016 |
| 29 | Invoices from Esteban Burt to CONMEBOL |