

**McDermott Will & Emery**

Boston  Brussels  Chicago  Dallas  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami
Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

Michael Kendall
Attorney at Law
mkendall@mwe.com
+1 617 535 4085

February 1, 2016

**BY EMAIL AND U.S. MAIL**

Evan Norris
Assistant United States Attorney
U.S. Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

Re:   Media and Documents Seized from CONMEBOL Headquarters

Dear Evan:

On January 7, 2016, Paraguayan authorities conducted an unannounced search and seizure at CONMEBOL's headquarters and took custody of various media and documents belonging to CONMEBOL. We understand that the Paraguayan authorities were acting on behalf of or in conjunction with the EDNY.

We believe that at least some of the seized media and documents contain attorney-client privileged material, including CONMEBOL's communications with its McDermott attorneys and other counsel. CONMEBOL seeks to protect its privileges to the fullest extent possible. We therefore request that any seized material be first reviewed by individuals unaffiliated with the EDNY prosecutorial team so that any privileged material can be identified and segregated or redacted. To assist with this process, we are enclosing a list of law firms and counsel who may have engaged in privileged communications with CONMEBOL. This list is not exhaustive and does not limit CONMEBOL's privilege claims in any way.

Sincerely,

Michael Kendall
Enclosure

cc:   Samuel Nitze
      Kristin Mace
      Brian Morris
      Andrew E. Tomback
      Todd D. Harrison

DM_US 69847009-2.097299.0011

U.S. practice conducted through McDermott Will & Emery LLP.
28 State Street  Boston, MA 02109-1775  Telephone: +1 617 535 4000  Facsimile: +1 617 535 3800  www.mwe.com

## Non-Exhaustive List of Counsel Who May Have Engaged in Privileged Communications With CONMEBOL

**General Counsel**
    Dr. Alfredo Antonio Montanaro (aamonta@gmail.com)

**Daniel Elicetche & Associates** (working on behalf of counsel)
    Dr. Daniel Elicetche (daniel.elicetche@dea.com.py)

\*\*\*

**Allende & Brea**
    Diego Botana (db@allendebrea.com.ar)

**Greenberg Traurig LLP**
    A. John Pappalardo (pappalardoj@gtlaw.com)

**Guyer & Regules**
    Carlos Brandes (cbrandes@guyer.com.uy)
    Santiago Gatica (sgatica@guyer.com.uy)
    Nicolas Piaggio (npiaggio@guyer.com.uy)

**McDermott Will & Emery LLP (mwe.com)**
    Andrea Coronado (acoronado@mwe.com)
    Karen Eisenstadt (keisenstadt@mwe.com)
    Diego Gomez-Cornejo (dgomezcornejo@mwe.com)
    David Guedry (dguedry@mwe.com)
    Todd Harrison (tdharrison@mwe.com)
    Kristen Hazel (khazel@mwe.com)
    Michael Kendall (mkendall@mwe.com)
    John Kocoras (jkocoras@mwe.com)
    Robert Louthian (rlouthian@mwe.com)
    Aaron Mattis (amattis@mwe.com)
    Sandra McGill (smcgill@mwe.com)
    Lisa Richman (lrichman@mwe.com)
    Andrew E. Tomback (atomback@mwe.com)
    Matthew Turnell (mturnell@mwe.com)

**Peroni Sosa Tellechea Burt & Narvaja**
    Esteban Burt (esteban.burt@pstbn.com.py; estebanburt@gmail.com)
    Estefania Elicetche (estefania.elicetche@pstbn.com.py)
    Enrique Sosa Elizeche (enrique.sosaelizeche@pstbn.com.py)
    Graciela Narvaja Jones (graciela.narvaja@pstbn.com.py; gracielanjones@gmail.com)