
# McDermott
# Will & Emery

Boston  Brussels  Chicago  Dallas  Düsseldorf  Frankfurt  Houston  London  Los Angeles  Miami
Milan  Munich  New York  Orange County  Paris  Rome  Seoul  Silicon Valley  Washington, D.C.

Strategic alliance with MWE China Law Offices (Shanghai)

Michael Kendall
Attorney at Law
mkendall@mwe.com
+1 617 535 4085

February 26, 2016

Mr. Evan Norris
Assistant United States Attorney
United States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201-1820

Ms. Lisa Foster
Victim-Witness Coordinator
United States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201-1820

Re:  CONMEBOL Request for Notification and Restitution
    *United States v. Charles Blazer*, 13 Cr. 602
    *United States v. Daryll Warner*, 13 Cr. 402
    *United States v. Daryan Warner*, 13 Cr. 584
    *United States v. Fabio Tordin*, 15 Cr. 564
    *United States v. Hawit, et al.*, 15 Cr. 252
    *United States v. José Hawilla*, 14 Cr. 609
    *United States v. Luis Bedoya*, 15 Cr. 569
    *United States v. Roger Huguet*, 15 Cr. 585
    *United States v. Sergio Jadue*, 15 Cr. 570
    *United States v. Traffic Sports International, Inc.*, 14 Cr. 609
    *United States v. Traffic Sports USA, Inc.*, 14 Cr. 609
    *United States v. Zorana Danis*, 15 Cr. 240

Dear Mr. Norris and Ms. Foster:

As Mr. Norris is aware, we represent the Confederación Sudamericana de Fútbol, or "CONMEBOL," in connection with the above and related matters.

In a phone call on July 14, 2015, with Mr. Nitze, Ms. Mace, and Mr. Morris of your office, we mentioned CONMEBOL's interest in preserving and timely asserting its rights with respect to asset forfeiture and restitution. Ms. Mace informed us at that time that it was still too early to have meaningful discussions about such issues, but that the government would note CONMEBOL's interest and let us know when the time was right to assert that interest. I am writing to help preserve CONMEBOL's rights and memorialize our interest in pursuing those discussions at the appropriate time.

As you know, the government has generally alleged in the above matters that certain defendants, including but not limited to Traffic, José Hawilla, Alejandro Burzaco, Hugo Jinkis, Mariano Jinkis, Nicolás Leoz, and Eugenio Figueredo, engaged in a pattern of corrupt conduct causing very substantial losses to CONMEBOL.

Mr. Evan Norris
February 26, 2016
Page 2

Accordingly, under Federal Rule of Criminal Procedure 60, the Victims' Rights and Restitution Act (VRRA), and the Crime Victims' Rights Act (CVRA), CONMEBOL respectfully requests (1) notice of the proceedings in the above matters and any related civil and criminal actions involving crimes to which CONMEBOL was a victim; (2) an opportunity to reasonably confer with the government regarding restitution in these matters at the appropriate time; and (3) an opportunity to be heard in court in these matters regarding restitution at the appropriate time. *See* The Department of Justice's Forfeiture Policy Directive 02-1 ("Restoration Guidelines"); *see also Attorney General Guidelines for Victim and Witness Assistance* at 45 ("Whenever possible, prosecutors should use asset forfeiture to recover assets to return to victims of crime, as permitted by law.") If CONMEBOL needs to separately notify the Department of Justice's Asset Forfeiture and Money Laundering Section to preserve these rights, please let us know and provide the name of the appropriate contact person.

I will serve as CONMEBOL's authorized representative for these purposes under 42 U.S.C. § 10607(e)(2). My contact information appears above. Please also include my colleague Andy Tomback on such communications. His contact information is:

>Andrew E. Tomback
>McDermott Will & Emery LLP
>340 Madison Avenue
>New York, NY 10173-1922
>(212) 547-5799
>atomback@mwe.com

Please do not hesitate to contact us if you have any questions or concerns about any aspect of this request. We greatly appreciate the Justice Department's consideration of CONMEBOL's rights and remain eager to assist you in pursuing the recovery of CONMEBOL's and others' losses that the defendants may have caused.

Sincerely,

Michael Kendall

cc:   Samuel Nitze
      Kristin Mace
      Brian Morris
      Andrew E. Tomback
      John Kocoras

DM_US 64706738-2.097299.0011