UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                      Government

-against-

JUAN ANGEL NAPOUT, JOSE MARIA MARIN, and MANUEL BURGA

                      Defendants.
----------------------------------------------------------------X

ORDER OF SUSTENANCE

1:15-cr-00252-PKC

**It is hereby ORDERED** that the Marshal supply proper:

( ) LODGING

(X) SUSTENANCE

( ) TRANSPORTATION

to the (18) jurors empaneled in the above entitled case.

DATED: Brooklyn, New York
         **November 13, 2017**

(X) DURING TRIAL

( ) DELIBERATING

( ) SEQUESTERED

(X) LUNCH

( ) OTHER _____

s/PKC

_____
PAMELA K CHEN
UNITED STATES DISTRICT JUDGE