# Exhibit A

 

| | | |
|---|---|---|
| REPUBLIC OF PARAGUAY | **GENERAL IMMIGRATION MANAGEMENT** | **NATIONAL GOVERNMENT** |

*General Services Notice No. 013*

Asunción, December 6, 2017

Mr.
***José Maria Monterò Z., Esq.***
*Legal respresentative*
<u>TODAY</u>

    *I have the pleasure to sending you information, regarding the **Notice** dated December 5, 2017, received at the Institution on December 6, 2017, which you are requesting about immigration corresponding to Mr. **ALEJANDRO BURZACO**'s entry into the country **in 2014**.*

    *In this regard, according to the Entry-Exit Computer System of the Institution we are informing you that immigration data (entrance into the country) **<u>was recorded on December 3, 2014</u>** in the name of **ALEJANDRO BURZACO under Doc. No. 16921055;** whose Immigration Report is attached.*

    *Likewise, it is important to clarify that **<u>no immigration data was recorded</u>** (other entries into the country) for **ALEJANDRO BURZACO under Doc. No. 16921055 during 2014.***

**CLARIFICATION**
- This report does not include records from the Immigration Control Posts without an ONLINE connection to the Data Transfer System.
- In the registry of the Entry-Exit Computer System there is official Immigration data – from April 1, 2007 and in some cases from 2005.

    *I take the occasion to send you my warmest regards.*



MINISTRY OF THE INTERIOR
GENERAL SECRETARY
GENERAL IMMIGRATION
MANAGEMENT


[illegible stamp]    [signature]

# TRANSLATION CERTIFICATION

**County of New York**
**State of New York**

Date: December 6, 2017

To whom it may concern:

This is to certify that the attached translation from Spanish into English is an accurate representation of the document received by this office.

The document is designated as:
- General Services Notice No. 013, Republic of Paraguay General Immigration Management

Sarah Hall, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned document is a true, full and accurate translation of the specified document."

*Sarah Hall*
_____
Signature of Sarah Hall



**MOAKAHAPAVÉ JEVA REHEGUA**
MINISTERIO DEL INTERIOR
**DIRECCIÓN GENERAL DE MIGRACIONES**

**TETÃ REKUÁI GOBIERNO NACIONAL**
Jajapo ñande rapera ko'ãga guive
Construyendo el futuro hoy

Nota S.G. N° 013

Asunción, 06 de diciembre de 2017

Señor
**Abg. José María Montero Z.**
Apoderado
<u>PRESENTE</u>

Tengo el agrado de dirigirme a usted, en relación a la **Nota** de fecha 05 de diciembre de 2017, recepcionada en la Institución en fecha 06 de diciembre de 2017, en la cual solicita información sobre movimiento migratorio correspondiente al ingreso al país en el **año 2014** del Señor **ALEJANDRO BURZACO**.

Al respecto, conforme al Sistema Informático de Entrada-Salida de la Institución se informa que, **se registran datos** de movimiento migratorio (ingreso al país) **en fecha 03 de diciembre de 2014** a nombre de **BURZACO, ALEJANDRO con Doc. N° 16921055**; cuyo Informe sobre Movimiento Migratorio se adjunta.

Así mismo, es importante aclarar que, **no se registran datos** de movimiento migratorio (otros ingresos al país) de **BURZACO, ALEJANDRO con Doc. N° 16921055 durante el año 2014.**

**ACLARACION**
- Este reporte no contempla registros de los Puestos de Control Migratorio sin conexión ON-LINE del Sistema de Transferencia de Datos.
- En los registros de la Base de Datos del Sistema Informático de Entrada – Salida se encuentran datos de Movimientos Migratorios oficiales desde el 01 de abril de 2007 y en algunos casos desde el año 2005.

Hago propicia la ocasión para saludarle muy atentamente.

Abg. CRISTIAN MARTIN ROMAN
Secretario General
Dirección General de Migraciones

MINISTERIO DEL INTERIOR
Certifico que la firma que antecede
es similar a la obrante en los
registros de esta Institución
0 6 DIC 2017
Asunción,...... de............ 20....

## REPÚBLICA DEL PARAGUAY
### MINISTERIO DE RELACIONES EXTERIORES
Hoja de Seguridad Según Decreto N° 10194/12
Correspondiente a la SERIE C Nro 01142549

**APOSTILLE**
(Convention de La Haye du 5 octobre 1961)

| | |
|---|---|
| 1. País (country / pays): | REPUBLICA DEL PARAGUAY |

El presente documento público
(This public document - Le présent acte public)

| | |
|---|---|
| 2. ha sido firmado por (has been signed by / a été signé par): | FREDESVINDA E SUAREZ ROJAS |
| 3. quien actúa en calidad de: | Jefe de Legalizaciones |
| 4. y está revestido del sello / timbre de (bears the seal/stamp of / est revêtu du sceau/timbre): | Ministerio del Interior |

**Certificado**
(Certified - Attesté)

| | | | |
|---|---|---|---|
| 5. en: (at / à) | ASUNCION | 6. el día: (the / le) | 06/12/2017 04:25:55 p m |
| 7. por: (by / par) | MINISTERIO DE RELACIONES EXTERIORES DEL PARAGUAY Ministry of Foreign Affairs of Paraguay / Ministère des Affaires étrangères du Paraguay | | |
| 8. bajo el número: (n° / sous n°) | 245677/2017 | | C-1142549 |



Celia Esther Cañete Ledesma
10. Firma: (signature)

9. Sello / Timbre

Tipo de Documento: DOCUMENTOS ADMINISTRATIVOS
(type of document / type d'acte)                                                013

**Nombre del Titular:** ALEJANDRO BURZACO
(name of holder/ nom du titulaire)

Esta Apostilla certifica únicamente la autenticidad de la firma, la calidad en que el signatario del documento haya actuado y, en su caso, la identidad del sello o timbre del que el documento público esté revestido.
Esta Apostilla no certifica el contenido del documento para el cual se expidió.
Esta Apostilla se puede verificar en la dirección siguiente: www.mre.gov.py/legalizaciones.
This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
This Apostille does not certify the content of the document for which it was issued.
To verify the issuance of this Apostille, see www.mre.gov.py/legalizaciones
Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de l'acte a agi et, le cas échéant,
l'identité du sceau ou timbre dont cet acte public est revêtu.
Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.
Cette Apostille peut être vérifiée à l'adresse suivante : www.mre.gov.py/legalizaciones


1711902

Observacion