# PIÑERA-VAZQUEZ LAW FIRM
Professional Association

CCM International Center
1900 Southwest 3rd Avenue
Miami, Florida  33129
305.443.0629 telephone
305.858.6272 facsimile
sbp@pineravazquezlaw.com

<u>BY ECF</u>

August 27, 2018

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201-1818

  Re: *United States v. Juan Angel Napout* **(22)**
    <u>**Case No. 15-252 (S-2)(PKC)**</u>

Dear Judge Chen:

  On behalf of Juan Angel Napout, we write regarding his Sentencing Memorandum filed on August 21, 2018. *See*  D.E. 994. Due to an inadvertent error, the attached DOJ Inmate Evaluation Form was omitted from the Sentencing Memorandum Exhibits and we respectfully that the Form be added for the Court's consideration as Exhibit G:LETTERS0487-0488.

        Respectfully submitted,

        **PIÑERA-VAZQUEZ LAW FIRM**

        <u>/s/ Silvia B. Piñera-Vazquez</u>
        Silvia B. Piñera-Vazquez, Esq.

cc: All Counsel of Record (via ECF)