# NOTICE OF APPEAL

## United States District Court

__Eastern__ District of __New York__

Caption:

United States of America v.

Juan Angel Napout

Docket No.: 1:15-CR-00252-PKC

Judge Pamela K. Chen
(District Court Judge)

Notice is hereby given that __Juan Angel Napout__ appeals to the United States Court of Appeals for the Second Circuit from the judgment [✓], other [ ] _____ (specify) entered in this action on __September 4, 2018__.
(date)

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [✓]   Other [ ].

Defendant found guilty by plea [ ]   trial [✓]   N/A [ ].

Offense occurred after November 1, 1987?   Yes [✓]   No [ ]   N/A [ ]

Date of sentence: __August 29, 2018__   N/A [ ]

Bail/Jail Disposition: Committed [✓]   Not committed [ ]   N/A [ ]

Appellant is represented by counsel? Yes [✓]  No [ ]  If yes, provide the following information:

| | |
|---|---|
| Defendant's Counsel: | Marc A. Weinstein |
| Counsel's Address: | Hughes Hubbard & Reed LLP |
| | One Battery Park Plaza, New York, NY 10004-1482 |
| Counsel's Phone: | (212) 837-6000 |
| Assistant U.S. Attorney: | Samuel P. Nitze |
| AUSA's Address: | 271 Cadman Plaza East |
| | Brooklyn, NY 11201 |
| AUSA's Phone: | (718) 254-7000 |

/s/ Marc A. Weinstein
_____
Signature

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that on September 14, 2018, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that this document is being served simultaneously on all counsel of record in the manner specified, either by transmission of Notices of Electronic Filing generated by CM/ECF, or in another authorized manner.

              /s/ Marc A. Weinstein
              Marc A. Weinstein