

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 2, 2020

<u>By Hand and ECF</u>

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Juan Ángel Napout
                Criminal Docket No. 15-252 (S-2) (PKC) (RML)

Dear Judge Chen:

        The government respectfully writes to request a briefing schedule in connection with defendant Juan Angel Napout's Motion for Sentence Modification filed on April 1, 2020.  ECF Dkt. No. 1328.  In his 21-page motion, Napout seeks multiple alternative forms of relief, including a sentence reduction to time served, modification of his sentence to allow him to serve part of it at home, and release pending appeal.  In order to be able to address each of the arguments, the government respectfully requests that it be permitted to file its opposition brief by April 10, 2020.

                                      Respectfully submitted,

                                      RICHARD P. DONOGHUE
                                      United States Attorney

                    By:     /s/
                                      Samuel P. Nitze
                                      M. Kristin Mace
                                      Keith D. Edelman
                                      Assistant U.S. Attorneys
                                      (718) 254-7000

cc:    Counsel of record (by ECF)
        Clerk of Court (PKC) (by ECF)