

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office:+1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Marc A. Weinstein
Partner
Direct Dial: +1 (212) 837-6460
Direct Fax: +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

August 31, 2020

The Honorable Pamela K. Chen
U.S. District Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Juan Ángel Napout* (1:15-cr-00252)

Dear Judge Chen:

Pursuant to the Court's August 17, 2020 Order, we submit this letter on behalf of Juan Angel Napout. We do not object to the Court unsealing the submission docketed at 1420. With respect to the submission docketed at 1418, we do not object to the Court unsealing the submission subject to redaction of specific references to Mr. Napout's medical condition on page 2 of the submission. We have conferred with the Government regarding our position, and the Government has no objection to such redaction. We will provide the Government with a proposed redacted copy for submission to the Court, and upon agreement will submit the proposed redacted copy for the Court's consideration.

Respectfully submitted,

/s/ Marc A. Weinstein
Marc A. Weinstein
Partner

Cc: All counsel of record via ECF

96578658_3