

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Office:+1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

**VIA ECF**

July 10, 2023

The Honorable Pamela K. Chen
U.S. District Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>United States v. Juan Ángel Napout</u> (1:15-cr-00252)

Dear Judge Chen:

      Pursuant to the Court's July 10, 2023 Status Report Order, we respectfully submit this letter concerning the release of Defendant Juan Ángel Napout ("<u>Napout</u>") from the Bureau of Prisons' custody and return to Paraguay.

      The Court entered the Amended Judgment reducing Mr. Napout's sentence to time served on the morning of July 5, 2023. That afternoon, officials at FCI Miami, the facility at which Mr. Napout was imprisoned, informed counsel that the facility would not be able to process Mr. Napout's release until July 6, 2023.

      On July 6, 2023, the Bureau of Prisons released Mr. Napout from FCI Miami. Upon his release, agents from Immigration and Customs Enforcement ("ICE") escorted Mr. Napout from FCI Miami to the Paraguayan Consulate in Miami, where Mr. Napout received the required travel documents for his return to Paraguay. Once Mr. Napout was at the Consulate, the ICE agents transferred supervision of Mr. Napout to the Consulate. Consulate officials then escorted Mr. Napout to the airport, where they remained with Mr. Napout until he boarded his plane departing from Miami later that evening. Mr. Napout and his family landed in Paraguay on the morning of July 7, 2023.

      Mr. Napout has a litany of medical appointments scheduled over the next few weeks to address various of the medical conditions previously described in submissions to the Court. Most significantly, Mr. Napout had a thorough examination of his eyes on July 8, 2023, and he is scheduled to undergo cataract surgery for his right eye on Tuesday, July 11, 2023. We expect he will undergo surgery on his left eye within a short period after recovery from the right eye surgery.

Honorable Pamela K. Chen                                                                                                       2
July 10, 2023

                                                       Respectfully submitted,

                                                       <u>/s/ Marc A. Weinstein</u>
                                                       Marc A. Weinstein

Cc: Assistant United States Attorneys Kaitlin T. Farrell, Eric Silverberg, Victor Zampana