Hughes Hubbard

**Hughes Hubbard & Reed LLP**
One Battery Park Plaza
New York, New York 10004-1482
Office:+1 (212) 837-6000
Fax: +1 (212) 422-4726
hugheshubbard.com

Marc A. Weinstein
Partner
Direct Dial: +1 (212) 837-6460
Direct Fax: +1 (212) 299-6460
marc.weinstein@hugheshubbard.com

August 24, 2026

Honorable Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Juan Ángel Napout (Docket No. 1: l 5-cr-00252-PKC-RML-22)

Dear Judge Chen:

On behalf of Juan Ángel Napout, we respectfully request a six-day extension of the time to file our reply brief in support of Mr. Napout's *coram nobis* petition. This is our first request for an extension. I am currently out of the country this week and am scheduled to fly back on August 28, the day after the current deadline of August 27. As a result, we request that Mr. Napout's filing deadline be extended to September 2. We received consent to request this extension from Eric Silverberg at the U.S. Attorney's Office.

Respectfully submitted,

Marc A. Weinstein